Gurmukh Kahlon
901 N. Carpenter Rd.
Modesto, CA 95351
(209) 482-1010


Defendant in Propria Persona


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


|  |  |
|---|---|
| SREAM,INC. ET AL, <br> Plaintiff, <br><br> V. <br><br> GURMUKH KAHLON <br> Defendant. | Case No. 2:18cv3125 WBS CKD <br><br> ORDER FOR <br> ENLARGEMENT OF TIME TO FILE AN <br> OPPOSITION TO PLAINTIFF'S <br> COMPLAINT |

The court having reviewed defendant's request for Enlargement of Time, and Declaration, the time within which to file a response to plaintiff's complaint is hereby extended to March 5, 2019.

IT IS SO ORDERED.


Dated:  February 5, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE