Alison M. Crane, SBN 197359
Mark W. Allen, SBN 293155
**BLEDSOE, DIESTEL, TREPPA & CRANE LLP**
601 California Street, 16th Floor
San Francisco, California 94108-2805
Telephone:    (415) 981-5411
Facsimile:    (415) 981-0352
acrane@bledsoelaw.com
mallen@bledsoelaw.com

Attorneys for Defendant GURMUKH KAHLON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SREAM, INC, a California corporation; and ROOR INTERNATIONAL BV, a Foreign Corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GURMUKH KAHLON; and DOES 1-10 INCLUSIVE,<br><br>　　　　　Defendants. | Case No. 2:18-cv-03125-WBS-CKD<br><br>**ORDER ON PLAINTIFF GURMUKH KAHLON'S REQUEST FOR SUBSTITUTION OF ATTORNEY** |

**ORDER**

On March 20, 2019, the Plaintiff Gurmukh Kahlon, proceeding pro se, filed his request to substitute Alison M. Crane as counsel of record. (Dkt. 17.) The substitution of attorney is hereby approved and so ORDERED.

Dated: March 25, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE