Alison M. Crane, SBN 197359
Mark W. Allen, SBN 293155
**BLEDSOE, DIESTEL, TREPPA & CRANE LLP**
601 California Street, 16th Floor
San Francisco, California 94108-2805
Telephone: (415) 981-5411
Facsimile: (415) 981-0352
acrane@bledsoelaw.com
mallen@bledsoelaw.com

Attorneys for Defendant GURMUKH KAHLON

Imran F. Vakil, SBN 248859
**NEXIO, PC**
245 Fischer Avenue, Suite C3
Costa Mesa, CA 92626
Telephone: (949) 475-6830
Facsimile: (949) 478-1275
ivakil@nexiolaw.com

Attorneys for Plaintiffs, SREAM, INC., AND ROOR INTERNATIONAL BV

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM, INC, a California corporation; and ROOR INTERNATIONAL BV, a Foreign Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GURMUKH KAHLON; and DOES 1-10 INCLUSIVE,<br><br>Defendants. | Case No. 2:18-cv-03125-WBS-CKD<br><br>**ORDER ON PARTIES' STIPULATION TO SET ASIDE ENTRY OF DEFAULT AND REQUEST TO CONTINUE SCHEDULING CONFERENCE** |

1 On March 28, 2019, the Parties to the above-referenced Action filed a Stipulation to Set Aside Entry of Default against Defendant Gurmukh Kahlon and to Continue Scheduling Conference, currently scheduled for May 28, 2019. The Court, having reviewed that stipulation, and good cause appearing, orders as follows:

1. The Clerk's Entry of Default against Defendant Gurmukh Kahlon, Docket No. 10, is hereby set aside;
2. The Scheduling Conference is continued from May 28, 2019 to June 24, 2019 at 1:30 p.m. A Joint Status Report shall be filed no later than June 10, 2019.

IT IS SO ORDERED

Dated: April 1, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE